UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ENID GOMEZ,

      Plaintiff,                      Case No.  10-13287
                                                  10-13442
                                                  10-13288
                                  HON. BERNARD A. FRIEDMAN
vs.

GMAC MORTGAGE, LLC, et al.,

      Defendants.
_____/

## **J U D G M E N T**


      The court has granted defendants' motions for summary judgment.

    Accordingly,

      IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff.  Costs to be permitted in accordance with law.


                          DAVID J. WEAVER
                          CLERK OF COURT


                          By: Carol L. Mullins
                                    Deputy Clerk

January 21, 2011

Approved:__s/Bernard A. Friedman___
           BERNARD A. FRIEDMAN
           U.S. DISTRICT JUDGE